# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

MICHAEL BROWN,

          Plaintiff,

   v.

UNIT MANAGER MOORE, et al.,

          Defendants.

CIVIL ACTION NO.: 5:22-cv-32

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 9. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendants Danforth, Stone, and Gay. Plaintiff's claim against Defendant Moore remains pending. Id.; Dkt. No. 10.

**SO ORDERED**, this _16_ day of _November_, 2022.

 

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA